**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BAHAA ISWED #272102,

        Plaintiff,

v.                                 CIVIL CASE NO. 05-73287
                                       HON. MARIANNE O. BATTANI

PATRICIA CARUSO, et al.,

        Defendants.

_____/

## <u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

        The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on

April 17, 2006, and no objections having been filed thereto,

        **IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that

Defendants' Motion to Dismiss is **GRANTED.**

                             s/Marianne O. Battani_____
                             MARIANNE O. BATTANI
                             UNITED STATES DISTRICT JUDGE

DATED: <u>May 24, 2006</u>

## CERTIFICATE OF SERVICE

A Copy of this Order was mailed to Bahaa Iswed and Cori E. Reyes, on this date by ordinary

mail and/or electronic filing.

s/Bernadette M. Thebolt
DEPUTY CLERK